# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON BOOTH, derivatively on behalf of 3D SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM N. REICHENTAL, DAMON J. GREGOIRE, CHARLES W. HULL, TED HULL, DANIEL S. VAN RIPER, G. WALTER LOEWENBAUM, II, JIM D. KEVER, KAREN E. WELKE, KEVIN S. MOORE, PETER H. DIAMANDIS, WILLIAM D. HUMES, and WILLIAM E. CURRAN,<br><br>Defendants,<br><br>and<br><br>3D SYSTEMS CORPORATION,<br><br>Nominal Defendant. | Case No. 1:15-cv-00692-RGA |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on December 19, 2019, the United States District Court for the District of South Carolina entered its Final Order and Judgment in the action styled *In Re 3D Systems Corporation Derivative Litigation*, Lead Case No. 0:15-cv-03756-MGL, a true copy of which is attached hereto as Exhibit A, dismissing with prejudice all claims arising out of the same facts and circumstances alleged in the above-captioned action (the "Action");

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a) and subject to the approval of the Court, the parties hereby stipulate to the dismissal of the Action with prejudice on the grounds of *res judicata* and estoppel by judgment, with each party to bear its own costs.

| | |
|---|---|
| Dated: January 24, 2020 | **RIGRODSKY & LONG, P.A.** |
| | By: */s/ Brian D. Long* <br> Brian D. Long (#4347) |
| **OF COUNSEL:** | 300 Delaware Avenue, Suite 1220 <br> Wilmington, DE 19801 |
| **PROMISLOFF LAW, P.C.** | Phone: (302) 295-5310 |
| David M. Promisloff | Fax: (302) 654-7530 |
| 5 Great Valley Parkway, Suite 210 | bdl@rl-legal.com |
| Malvern, PA 19355 | |
| Phone: (215) 259-5156 | *Attorneys for Plaintiff* |
| Fax: (215) 600-2642 | |
| | |
| **LAW OFFICE OF** <br> **ALFRED G. YATES, JR., P.C.** | |
| Alfred G. Yates, Jr. | |
| Gerald L. Rutledge | |
| 300 Mt. Lebanon Boulevard, Suite 206-B | |
| Pittsburgh, PA 15234-1507 | |
| Phone: (412) 391-5164 | |
| Fax: (412) 471-1033 | |
| | **RICHARDS, LAYTON & FINGER, P.A**. |
| | By: */s/ Samuel A. Nolen* |
| **OF COUNSEL:** | Samuel A. Nolen (#971) <br> One Rodney Square |
| John A. Jordak, Jr. | 920 North King Street |
| Elizabeth Gingold Clark | Wilmington, DE 19801 |
| Courtney E. Quirós | Phone: (302) 651-7700 |
| ALSTON & BIRD | nolen@rlf.com |
| 1201 West Peachtree Street | |
| Atlanta, GA 30309-3424 | *Attorneys for Defendants* |
| Phone: 404-881-7000 | |

SO ORDERED this _____ Day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE